Joseph G. Adams (Cal. Bar No. 209668)
jgadams@swlaw.com
J. Damon Ashcraft (admitted *pro hac vice*)
dashcraft@swlaw.com
SNELL & WILMER L.L.P.
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone:   (602) 382-6000
Facsimile:   (602) 382.6070

Marjorie A. Witter (Cal. Bar No. 250061)
mwitter@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue
Suite 2600
Two California Plaza
Los Angeles, CA 90071

Attorneys for Plaintiff and Counter-Defendant
WHO'S THERE, INC.

Sri K. Sankaran (CA SBN 236584)
ssankaran@winthrop.com
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN  55402-4629
Telephone:   (213)929-2500
Facsimile:   (213) 929-2525

Attorneys for Defendants and Counter-Plaintiff
KNOCK, Inc. and TREAT AND COMPANY, LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHO'S THERE, INC., a California corporation, d/b/a KNOCK KNOCK,<br><br>Plaintiff,<br><br>vs.<br><br>KNOCK, INC., a Minnesota corporation, TREAT AND COMPANY, LLC, a Minnesota limited liability company,<br><br>Defendants.<br>AND Related Counterclaims. | Case No. CV 13-7163 GAF(Ex)<br><br>**GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES** |

ORDER GRANTING
STIPULATION FOR DISMISSAL

SNELL & WILMER
L.L.P.
—
PHOENIX

Pursuant to the stipulation of the parties:

All claims and counterclaims made by each party in the above-styled case are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:_August 21, 2014_____    _____
                                    HONORABLE GARY A. FEESS
                                    UNITED STATES DISTRICT JUDGE

JS-6